DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
AUSTIN BRUCE CANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br> ANTHONY BRUCE CANNON,       )<br>                            )<br>            Defendant.       )<br>_____ ) | No. Cr. S 90-122 DLJ<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  February 12, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. D. LOWELL JENSEN |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, ANTHONY BRUCE CANNON, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed January 29, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[1]

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the

---

[1] Mr. Cannon has authorized the undersigned to file this application on his behalf.

1  motion and because the motion might raise novel legal issues
2  surrounding application of the United States Sentencing Commission's
3  recent retroactive reduction of sentences under the crack cocaine
4  guidelines.  Because Mr. Cannon's substantial rights may be affected by
5  these criminal proceedings, he is constitutionally entitled to
6  appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).
7       Accordingly, Mr. Cannon requests the Court issue the order lodged
8  herewith.
9  Dated:   January 29, 2008
10                         Respectfully submitted,
11                         DANIEL J. BRODERICK
                           Federal Defender
12
13                         /s/ *David M. Porter* on behalf A.B.C.
                           DAVID M. PORTER
14                         Assistant Federal Defender
15                         Seeking Appointment as Attorney for Movant
                           ANTHONY BRUCE CANNON

REQUEST FOR APPOINTMENT OF COUNSEL
-2-

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal defender David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED: February 4, 2008

_____
HONORABLE D. LOWELL JENSEN
United States District Judge