# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANTHONY B. CANNON | ) Case No: Cr.S-90-122 DLJ and Cr.S-90-438 DLJ |
| | ) USM No: 04975-097 |
| Date of Previous Judgment: 03/23/1992 | ) David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   262   months **is reduced to**   210   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):   Sentence is to "Time Served" as to all counts including Count 3 of Cr.S-90-122 DLJ

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   03/23/1992   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   02/26/2008

_____
Judge's signature

Effective Date: 02/26/2008
(if different from order date)

Hon. D. Lowell Jensen, Senior Judge
Printed name and title